IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ferrell, Keith D

Printed: 8/19/08

Case Number: 04 B 24672
Judge: Wedoff, Eugene R
Filed: 7/1/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 1, 2008
Confirmed: September 9, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 75,125.56 |  |
| Secured: |  | 66,210.25 |
| Unsecured: |  | 1,405.43 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,910.00 |
| Trustee Fee: |  | 3,954.14 |
| Other Funds: |  | 645.74 |
| Totals: | 75,125.56 | 75,125.56 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,910.00 | 2,910.00 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Mortgage | Secured | 56,061.10 | 56,061.10 |
| 4. | Capital One Auto Finance | Secured | 5,834.30 | 5,684.70 |
| 5. | Cook County Treasurer | Secured | 845.39 | 146.56 |
| 6. | CitiFinancial Mortgage | Secured | 4,317.89 | 4,317.89 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 107.00 | 506.47 |
| 8. | Cingular Wireless | Unsecured | 76.43 | 361.70 |
| 9. | Capital One | Unsecured | 43.32 | 205.03 |
| 10. | Peoples Energy Corp | Unsecured | 68.68 | 0.00 |
| 11. | CCS | Unsecured | 70.20 | 332.23 |
| 12. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 13. | Americredit Financial Ser Inc | Unsecured |  | No Claim Filed |
| 14. | Nationwide Recovery Serv | Unsecured |  | No Claim Filed |
| 15. | ICS | Unsecured |  | No Claim Filed |
|  |  |  | $ 70,334.31 | $ 70,525.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 752.49 |
| 4% | 177.85 |
| 3% | 157.40 |
| 5.5% | 746.49 |
| 5% | 261.09 |
| 4.8% | 465.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Ferrell, Keith D

Printed: 8/19/08

Case Number:  04 B 24672
Judge:  Wedoff, Eugene R
Filed:  7/1/04

|  |  |
|---|---|
| 5.4% | 1,393.32 |
|  | _____ |
|  | $ 3,954.14 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____